

ORIGINAL

FILED

09/06/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0234

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 22-0234

BART J. CRABTREE,

Plaintiff and Appellant,

v.

THE LOIS J. CRABTREE TRUST,

Defendant and Appellee.

FILED

SEP 06 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

The record was filed for purposes of this appeal on June 9, 2022. Nothing further was filed, and on July 29, 2022, this Court ordered that Appellant prepare, file, and serve the opening brief no later than August 29, 2022. Nothing further has been filed.

IT IS THEREFORE ORDERED that this case is DISMISSED WITH PREJUDICE.

The Clerk is directed to provide copies of this Order to Bart J. Crabtree and to all counsel of record.

DATED this 6 day of September, 2022.

_____
Chief Justice

_____
_____
_____
_____
Justices